No. 26745.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

BRADLEY v. STATE.

No. 26736.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for the offense of possessing beer for the purpose of sale in a dry area. The jury assessed a fine of $500.

All proceedings appear regular and nothing is presented for review of this court as there is no statement of facts or bill of exception in the record.

The judgment is affirmed.